APPEAL RESPONSE - EXHIBIT 2 - ETF TEST

**The Chaim Sheba Medical Center**
Hearing, Speech, and Language Center
Tel: 03-5305842
Fax: 03-5302515

המרכז הרפואי ע"ש חיים שיבא
מכון שמיעה, שפה ודיבור
טל. 03-5305842
פקס 03-5302515

204117/378690

בדיקת טימפנומטריה\רפלקס אקוסטי

| | | | |
|---|---|---|---|
| ת.ז. | 8801178200 | שם הנבדק: | ארי תימן |
| | | תאריך לידה: | 10/05/1982 |
| גיל בזמן הבדיקה 42 שנים | טימפנומטר | תאריך הבדיקה: | 03/04/2025 |
| רשיון: 13-142677 | שם הבודק: ליאור רז | גורם מפנה: | |

בדיקת טימפנומטריה



| אפיוני התגובה Probe | אוזן ימין 226Hz | אוזן שמאל 226Hz |
|---|---|---|
| TYPE + PEAK (daPa) | A -3 | A -7 |
| הענות ביחס לנורמה (cm³) | 1.15 | 0.78 |
| Ear Canal Volume (cm³) | 1.6 | 1.9 |
| סיכום: | Type A עם ערכי היענות בנורמה | Type A עם ערכי היענות בנורמה |

הערות: - הגיע לבדיקת ETF בהפנייתד"ר וולפוביץ' בשל תלונות על כאבים ותחושה של לחץ באוזן ימין שהחלה לפני כחודשיים אחרי טיפול בתא לחץ. ביצע אתמול בדיקת שמיעה: בשתי האוזניים שמיעה בתחום הנורמה, בתדירויות העל שמיעה סימטרית ותואמת את המצופה בגילו.
בבדיקת ETF עם תוף שלם: התקבלה הסטת היענות הקטנה מ-15daPa, בעקבות שינויי לחץ בבליעה. תוצאה זו תומכת בתת תפקוד של ET דו"צ.

המלצות: - מופנה לרופא אא"ג המטפל להמשך בירור וטיפול
- המשך מעקב שמיעתי במידת הצורך

קלינאית תקשורת

תוכנת קולגרף פותחה על ידי מרוז מערכות תוכנה בעמ טלפון 02 6527501