## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　*Plaintiff*,<br>　　　　　*v.*<br>ARI TEMAN,<br><br>　　　*Defendant*. | S2 19 Cr. 696 (PAE)<br><br><br>**CERTIFICATION<br>OF RONALD D. COLEMAN** |

　　　RONALD D. COLEMAN, of full age, affirms under penalty of perjury and says:

　　　1.　　I am a member of Dhillon Law Group, Inc. and was formerly counsel of record for Gateguard, Inc., of which Mr. Ari Teman, defendant in this criminal action, is principal, in a civil litigation matter in this Court styled *Gateguard, Inc. v. Goldmont Realty Corp.*, *et al.*, 1:20-cv-01609(GWG)(AJN).

　　　2.　　On November 21, 2021, our firm filed a motion to be relieved in that matter, following Mr. Teman's instructions that we no longer represented it in this or any other matter. The end of this professional relationship was not cordial or pleasant.

　　　3.　　Notwithstanding these facts, Mr. Teman recently contacted me and asked me if I could recall certain events that took place approximately a year earlier, in October or November of 2020, and whether, if I did, I would prepare an affirmation setting out my recollection.

　　　4.　　Because I am familiar with Mr. Teman's jeopardy in this criminal matter, I agreed to do so. Obviously we have not and will not resume an attorney-client relationship.

　　　5.　　The particular matter Mr. Teman asked me about involves what has been described to me, and what I have read about in press reports, as a relationship—particularly, a spousal relationship—between a prosecutor in the office of United States Attorney for the Southern

District of New York involved in the prosecution of this action against Mr. Teman and his defense counsel at the law firm of Sher Tremonte.

6. Mr. Teman asked me if I remembered participating in a telephone call with him and Sher Tremonte lawyers that took place in November of 2020, which was prior to the disclosure of this relationship and Mr. Teman's subsequent discharge of that law firm.

7. I do remember such a call, and I remember that there was discussion of whether the Sher Tremonte lawyers had contacted, or were going to contact, shareholders at 18 Mercer Street, a cooperative or condominium where a GateGuard device had been installed, to obtain documents regarding a member of the building's board being terminated for improper conduct in connection with its relationship with GateGuard. My understanding is that this same person testified on behalf of the Government in Mr. Teman's trial.

8. My recollection is that the Sher Tremonte lawyers said that they did, or intended to, request such documents.

> The foregoing is certified to be true to my best knowledge. I understand that if it is not true, I am subject to penalties for perjury.

_____
RONALD D. COLEMAN

November 22, 2021