(1 of 1), Page 1 of 1
4/26/25, 9:06 PM

Case: 25-452, 04/28/2025, DktEntry: 28.7, Page 1 of 1
12gurus LLC Mail - Juror requested me on LinkedIn in 2018 Fwd: Ari, please add me to your LinkedIn network

 Gmail

Ari Teman <ari@teman.com>

# Juror requested me on LinkedIn in 2018 Fwd: Ari, please add me to your LinkedIn network

**Ari Teman** <ari@teman.com>                                                                             Fri, Jan 24, 2020 at 4:57 AM
To: Justin Gelfand <justin@margulisgelfand.com>, Joseph DiRuzzo <jd@diruzzolaw.com>

Juror requested me on LinkedIn in 2018

---------- Forwarded message ---------
From: **Chris Urriola** <invitations@linkedin.com>
Date: Sun, Dec 2, 2018, 5:52 PM
Subject: Ari, please add me to your LinkedIn network
To: Ari Teman <ari@teman.com>

