# David Lau
## Chief Rabbi
### President Of the Great Rabbinical Court (retired)



# דוד לאו
## הרב הראשי
### נשיא בית הדין הרבני הגדול (בדימוס)

<u>מכתב המלצה עבור ארי טימן</u>

לכבוד שופט בית המשפט הנכבד

השלום והברכה!

הובא לפני המקרה של ארי טימן אשר כפי ששמעתי שילם בכסף ובמאסר על שגיאותיו בעבר, ומעבר לעונש באמצעות החוק, לקה גם בבריאותו, ועכשיו הגיע לארץ הקודש לביקור אצל הוריו.

לאחר שהתעניינתי על מעשיו בארץ ובקהילה שבה הוא נמצא עכשיו, התרשמתי כי הוא מנסה לפתוח דף חדש ועוסק רבות בעזרה לחברה ובהתנדבויות שונות. נראה שהוא הפיק את הלקחים מהעבר ונמצא בדרך חדשה ובלווי צמוד של הוריו המשתדלים גם לסייע לו בשיקום גופו בכדי שיוכל להקים משפחה וחיים חדשים.

ברצוני לבקש ממך מאוד כי לאחר שהופעלה מידת הדין בעניינו של ארי, יש לתת הזדמנות גם למידת הרחמים לפעול את פעולתה, ולהוכיח לאדם עצמו ולחברה, כי גם מי שחטא יכול להשתקם ולפתוח בדרך חדשה. מה גם כשמדובר בארץ חדשה שמצאנו במקורות ששינוי המקום מסוגל להשפיע ולשנות לטובה את התנהגותו של האדם ומאפשרת לסלוח לו כמובא בגמ' בראש השנה דף טז עמוד ב, ובפרט בארץ הקודש שיש בה הרבה אתגרים טובים שניתן להשקיע ולהתפתח בהם לטובה.

בימים אלה שלפני חג הפסח שבו יצאו ישראל לחירות ממצרים בדרכם לארץ ישראל, ברצוני להמליץ מאוד בפני כבוד בית המשפט להיענות לבקשתו להישארותו בארץ של ארי טימן בכדי לתת לו את ההזדמנות להוכיח לנו שהשינוי לטובה שהחל בו ימשיך לעתיד טוב יותר שלו ושל כולנו.

בברכה



דוד לאו





0@lau.co.il   +972-58-5005531 | +972-2-5005531



**EXHIBIT 4- Rabbi Lau Letter - Translation by ChatGPT**

**Honorable Judge of the Court,**

**Greetings and Blessings,**

This letter is presented before the Court regarding the case of Ari Teman, who, according to what I have heard, has paid financial restitution and served time for his past mistakes. Through this difficult experience, he learned a strong lesson. He has now arrived in the Holy Land to visit his parents.

After observing his current actions in the country and within the community, I was impressed that he is attempting to open a new chapter and is heavily engaged in assisting the community and in various positive behaviors. It appears that he has distanced himself from his past mistakes and is now on a new path. It is evident that his parents, who are also facing health challenges, greatly benefit from his physical presence and support, allowing them to rebuild their family and lives.

I respectfully request that, given Ari's sincere efforts, Your Honor consider granting him the opportunity to study, develop himself, and integrate, as even one who has sinned is capable of improvement and opening a new path. Based on what we have observed and learned, he is capable of influencing and changing his behavior and actions for the better. Therefore, there is a strong basis for granting forgiveness and support, particularly in the Holy Land, where such investments can yield great positive developments.

As the Jewish holidays approach here in Israel, I would very much like to recommend granting Ari Teman the opportunity to remain in the Holy Land, so that he may continue along this path of improvement and contribute to us all.

Wishing Your Honor continued success and only good in your important work.

[Rabbi David Lau Signature]