**CERTIFICATE OF SERVICE**

I certify that on April 26, 2025, a true copy of this reply was served via email on:

- Jay Clayton, U.S. Attorney, SDNY (via ECF via Temp Pro Se Email)
- Jacob H. Gutwillig, AUSA (via ECF via Temp Pro Se Email)
- Harmeet K. Dhillon (DOJ Civil Rights) (via ECF via Temp Pro Se Email and via email - Harmeet.Dhillon@USDOJ.gov )
- U.S. Probation Office, S.D.F.L. (via email - Jimmy_wong@flsp.uscourts.gov )

**/s/ Ari Teman**

Ari Teman, Pro Se

April 28, 2025 / 30th of Nisan, 5785

Tel Aviv, Israel