**United States Court of Appeals for the Second Circuit**
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: June 3, 2025
Docket #: 25-332
Short Title: United States of America v. Teman

DC Docket #: 1:19-cr-696-1
DC Court: SDNY (NEW YORK CITY)
DC Judge: Trial Judge - Paul A. Engelmayer

### NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8522.